IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

In Re:

JERRY DEWAYNE GADDY,            Case No. 17-01568

   Debtor.

_____

SE PROPERTY HOLDINGS, LLC,

   Plaintiff,

v.            Adversary Case No. 17-00054

JERRY DEWAYNE GADDY,

   Defendant.

## ORDER AND JUDGMENT

For the reasons stated in its separate order granting the defendant's motion for judgment on the pleadings, the court enters judgment in favor of defendant/debtor Jerry Dewayne Gaddy with respect to the complaint objecting to discharge (doc. 1) filed by plaintiff SE Property Holdings, LLC. The adversary case is dismissed with prejudice, all parties to bear their own costs.

Dated: January 5, 2018

                                               HENRY A. CALLAWAY
                                               CHIEF U.S. BANKRUPTCY JUDGE